UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

SATYAM COMPUTER SERVICES, LTD.,

Petitioner,

v.                                                          Case No. 07-CV-12654-DT

VENTURE GLOBAL ENGINEERING, LLC,

Respondent.
_____/

**INTERIM PAYMENT ORDER**

On August 2, 2007, the court received a request for interim payment and an accompanying itemized statement of fees (the "statement") from special master Vikramaditya Khanna. (*See* Statement, Ex. A.) The statement reflects that the special master has worked 86 hours to date and has therefore incurred $41,600 in fees beyond the $10,000 retainer. After reviewing the statement, the court is satisfied that the fees incurred are reasonable and that an interim payment is justified. Accordingly,

IT IS ORDERED that the parties remit to the special master an interim payment of $41,600. Pursuant to the court's order appointing the special master, Petitioner Satyam Computer Services, Ltd. shall pay $31,200, which is 75% of the fee, and Respondent Venture Global Engineering, LLC shall pay $10,400, which is 25% of the fee, by **August 30, 2007**.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: August 17, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 17, 2007, by electronic and/or ordinary mail.

                                                s/Lisa G. Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522

# EXHIBIT A

**Time Sheet for Special Master (Professor Vikramaditya Khanna) for *Satyam Computing Services, Ltd.* v. *Venture Global Engineering, LLC***

| Dates | Description and Time (where appropriate) | Hours |
|---|---|---|
| 6/6/2007 | Initial Contact | |
| 6/7/2007 | | |
| 6/8/2007 | Speaking with Judge Cleland & Receiving Emailed Documents | 1 |
| 6/9/2007 | Reading Documents from 6/8/2007 | 3 |
| 6/10/2007 | | |
| 6/11/2007 | Reading Documents from 6/8/2007 | 3 |
| 6/12/2007 | Meeting with Judge's Clerk to Receive Further documents | |
| 6/13/2007 | | |
| 6/14/2007 | | |
| 6/15/2007 | | |
| 6/16/2007 | Reading Documents from 6/8/2007 & 6/12/2007 | 4 |
| 6/17/2007 | Reading Documents from 6/8/2007 & 6/12/2007 | 4 |
| 6/18/2007 | | |
| 6/19/2007 | | |
| 6/20/2007 | | |
| 6/21/2007 | | |
| 6/22/2007 | Conference Call with Satyam & VGE to discuss dates and procedures for hearing, initial holding on scope of inquiry. | 4 |
| 6/23/2007 | | |
| 6/24/2007 | Reading for determination of whether to allow depositions of expert witnesses | 3 |
| 6/25/2007 | | |
| 6/26/2007 | | |
| 6/27/2007 | Received Satyam's list of Experts | |
| 6/28/2007 | Received VGE's list of Experts | |
| 6/29/2007 | Received VGE's Brief for Hearing & Exhibit Documents | |
| 6/30/2007 | | |
| 7/1/2007 | | |
| 7/2/2007 | | |
| 7/3/2007 | | |
| 7/4/2007 | | |
| 7/5/2007 | | |
| 7/6/2007 | | |
| 7/7/2007 | | |
| 7/8/2007 | | |
| 7/9/2007 | | |
| 7/10/2007 | Received Satyam's Brief for Hearing | |
| 7/11/2007 | Began Reading the Briefs for the Hearings | 3 |
| 7/12/2007 | | |
| 7/13/2007 | List of Witnesses and Experts from Satyam & VGE | |
| 7/14/2007 | Reading Briefs for the Hearings & Receiving Mr. Leader's Updates | 4 |
| 7/15/2007 | Readings background materials for Hearings | 7 |
| 7/16/2007 | Working on determinations on Procedural matters referenced in Briefs for Hearing | 6 |
| 7/17/2007 | Readings background materials for Hearings | 7 |
| 7/18/2007 | Readings background materials for Hearings | 3 |

| Date | Description | Hours |
|---|---|---|
| 7/19/2007 | Hearing (includes 3 hours of travel time from Ann Arbor to NYC) | 12 |
| 7/20/2007 | Hearing (includes 3 hours of travel time from NYC to Ann Arbor) | 11 |
| 7/21/2007 | Reading materials | 6 |
| 7/22/2007 | Reading materials | 5 |
| 7/23/2007 | | |
| 7/24/2007 | | |
| 7/25/2007 | | |
| 7/26/2007 | | |
| 7/27/2007 | | |
| 7/28/2007 | | |
| 7/29/2007 | | |
| 7/30/2007 | | |
| 7/31/2007 | | |
| 8/1/2007 | | |
| 8/2/2007 | | |

**Total Hours till date (rounded as needed)** — **86**

Hours Worked at Rate of USD 600 per hour (total hours * USD 600) — USD 51600

TOTAL AMOUNT TILL DATE, NOT INCLUDING TRAVEL EXPENSES — 51600

RETAINER PAID ALREADY TO SPECIAL MASTER — 10000

**TOTAL OWING TILL DATE, NOT INCLUDING TRAVEL EXPENSES** — **41600**