

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SATYAM COMPUTER SERVICES, LTD.,

    Petitioner,

v.                                          Case No. 07-CV-12654-DT

VENTURE GLOBAL ENGINEERING, LLC,

    Respondent.

_____/

## FINAL PAYMENT ORDER

On September 27, 2007, the court received a request for final payment and an accompanying itemized time sheet and statement (together the "Statement") from special master Vikramaditya Khanna. (*See* Statement, Ex. A.) The statement reflects that the special master spent 33 hours on this case from August 2, 2007 to September 7, 2007 and has therefore incurred $19,800.00 in additional fees since the interim payment. Additionally, the special master also incurred $842.40 in travel expenses relating to the July 2007 hearing. After reviewing the Statement, the court is satisfied that the fees and expenses incurred are reasonable. Accordingly,

IT IS ORDERED that the parties remit their final payments to the special master by **October 15, 2007**. Pursuant to the court's order appointing the special master, Petitioner Satyam Computer Services, Ltd. shall pay $5,160.60, which is 25% of the fee,

and Respondent Venture Global Engineering, LLC shall pay $22,981.80, which is 75% of the fee plus the $7,500.00 that remains owing from the interim payment order.[1]

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: October 1, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 1, 2007, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522

---

[1] In the court's interim payment order, the court ordered VGE to pay $31,200.00. VGE remitted $23,700.00 to the special master, which is $7,500.00 less than the amount owing. VGE appears to have mistakenly subtracted $7,500.00, which was the amount of its retainer, from the special master's interim payment without realizing that the special master had already done so.

# EXHIBIT A

Time Sheet for Special Master (Professor Vikramaditya Khanna) for *Satyam Computing Services, Ltd.* v. *Venture Global Engineering, LLC.* Continuation from Earlier Report submitted Aug. 2, 2007.

| Dates | Description and Time (where appropriate) | Hours | |
|---|---|---|---|
| 8/1/2007 | | | |
| 8/2/2007 | | | |
| 8/3/2007 | | | |
| 8/4/2007 | | | |
| 8/5/2007 | | | |
| 8/6/2007 | | | |
| 8/7/2007 | | | |
| 8/8/2007 | | | |
| 8/9/2007 | | | |
| 8/10/2007 | Received Hearing Transcripts via Email | | |
| 8/11/2007 | | | |
| 8/12/2007 | | | |
| 8/13/2007 | | | |
| 8/14/2007 | | | |
| 8/15/2007 | | | |
| 8/16/2007 | Obtained the additional submissions and exhibits parties had submitted. | | |
| 8/17/2007 | | | |
| 8/18/2007 | Reviewing the Hearing Transcripts (approximately 550 pages) | 5 | |
| 8/19/2007 | Continued reviewing the Hearing Transcripts (approximately 550 pages) | 4 | |
| 8/20/2007 | | | |
| 8/21/2007 | | | |
| 8/22/2007 | | | |
| 8/23/2007 | | | |
| 8/24/2007 | Reviewing additional submissions and exhibits as well as reviewing all materials received to date. | 6 | |
| 8/25/2007 | Reviewing all materials received to date. | 3 | |
| 8/26/2007 | | | |
| 8/27/2007 | | | |
| 8/28/2007 | | | |
| 8/29/2007 | | | |
| 8/30/2007 | | | |
| 8/31/2007 | | | |
| 9/1/2007 | | | |
| 9/2/2007 | | | |
| 9/3/2007 | Reviewing all materials received to date and starting work on Special Master Report | 6 | |
| 9/4/2007 | Working on Special Master Report | 6 | |
| 9/5/2007 | | | |
| 9/6/2007 | | | |
| 9/7/2007 | Working on Special Master Report | 3 | |
| Total Hours from 8/2/07 to 9/7/07 (rounded as needed) | | **33** | |
| | Please see next page | | |

| Time Sheet for Khanna Continued | | | |
|---|---|---|---|
| | | Amounts in USD | Amounts in USD |
| | ITEMS | | |
| | Hours Worked at Rate of USD 600 per hour (total hours * USD 600). | 19800 | 19800 |
| | Travel Expenses | | 842.4 |
| | Roundtrip Ticket from NYC to DTW for July 18 to July 20 (total= USD 284.80) | 284.8 | |
| | Transport from Detroit Airport to Ann Arbor and from Ann Arbor to Detroit Airport (including from Courthouse to my residence and back) | 110 | |
| | Transport from White Plains to New York Airports and from New York Airports to White Plains (see Note below). | 161 | |
| | Meals in Newark and Ann Arbor. | 65.86 | |
| | Hotel in Newark (night of July 18, 2007 due to flight cancellations - see Note below). | 220.74 | |
| | Note: I needed to stay in Newark on July 18, 2007 because flights were being cancelled on July 18 from the New York area. Part of the Transport costs from White Plains to NY Airports includes having to travel from one NY Airport (JFK) to another (Newark) to get next available flight after the JFK flight had been cancelled. The total for going from JFK to Newark was $24 and is included in the $161 listed as Transport from White Plains to NY Airports and from NY Airports to White Plains. | | |
| | **Total for period of August 2 to Sept. 7, 2007 including travel for hearing in Ann Arbor on July 19 & 20, 2007.** | | **20642.40** |

| Amounts and Payments Details in matter of Satyam v. VGE with respect to Special Master Timesheets | | | | | |
|---|---|---|---|---|---|
| Amount Details (all in USD) | Court Ordered Total | Court Ordered Total by Party | Amounts Paid by Party | Amount Still Owing in Total | Amount Owed by Party |
| Retainer | 10,000.00 | | | 0.00 | |
|   VGE | | 7,500.00 | 7,500.00 | | 0.00 |
|   Satyam | | 2,500.00 | 2,500.00 | | 0.00 |
| Interim Payment (total of $51,600 less $10,000 retainer = $41,600). | 41,600.00 | | | 7,500.00 | |
|   VGE | | 31,200.00 | 23,700.00 | | 7,500.00 |
|   Satyam | | 10,400.00 | 10,400.00 | | 0.00 |
| Final Payment - Court Order Awaited (suggested total by Special Master is approximately $20,642.40 which represents hours worked since interim payment hours and travel (see om-aug-hours-Satyam-VGE.xls). | Awaited | | | Awaited | |
|   VGE | | Awaited | Awaited | | Awaited |
|   Satyam | | Awaited | Awaited | | Awaited |
| Note: as per my calculations VGE owes $7,500 plus any amount from the final payment order. | | | | | |