**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SATYAM COMPUTER SERVICES, LTD.,

        Petitioner,

v.                                             Case No. 07-CV-12654-DT

VENTURE GLOBAL ENGINEERING, LLC,

        Respondent.
                                          /

**ORDER GRANTING RESPONDENT'S "MOTION TO SUPPLEMENT THE RECORD"**

On January 21, 2008, Respondent Venture Global Engineering, LLC, ("VGE") filed a "Motion to Supplement the Record," in which VGE "moves to supplement the record herein with the January 10, 2008 Judgment of the India Supreme Court." (VGE's Mot. at 1.) Petitioner Satyam Computer Services, Ltd. does "not oppose VGE's request that the decision be added to the District Court record." (Satyam's Resp. at 1.) Accordingly,

IT IS ORDERED that VGE's "Motion to Supplement the Record" [Dkt. # 134] is GRANTED. The "January 10, 2008 Judgment of the India Supreme Court" is added to the record in this case.

                                                        S/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        UNITED STATES DISTRICT JUDGE

Dated: January 29, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 29, 2008, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522
